FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 4:16 pm, Apr 01, 2025

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO:  CR425-039 |
|---|---|---|
| v. | ) | |
| | ) | 49 U.S.C. § 46504 |
| DELANGE AUGUSTIN | ) | Interference with Flight Crew |
| | ) | Members |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Interference with Flight Crew Members*
49 U.S.C. § 46504

On or about March 10, 2025, in Chatham County, within the Southern District of Georgia, the Defendant

**DELANGE AUGUSTIN,**

on an aircraft in the special aircraft jurisdiction of the United States, namely American Airlines flight, operated by Envoy Air, ENY 4162, did knowingly interfere with the performance of the duties of M.W. and F.J.P., flight crew members or flight attendants of the aircraft, and lessen the ability of the members or attendants to perform those duties, by assaulting and intimidating the flight attendants or flight crew members, specifically by physically assaulting them during takeoff from and taxiing at the Savannah/Hilton Head International Airport.

All in violation of Section 46504 of Title 49 of the United States Code.

A True Bill.

[signature redacted]
Foreperson

_____  
Tara M. Lyons  
Acting United States Attorney

_____  
Frank M. Pennington, II  
Assistant United States Attorney  
*Lead Counsel

_____  
Tania D. Groover  
Assistant United States Attorney  
Chief, Criminal Division